IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NLM CAPITAL PARTNERS, L.P., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | No. 3:08-CV-2033-P |
| MOBICOM CORPORATION and | § | |
| WILLIAM E. GIBSON, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On January 4, 2010, this Court vacated the Scheduling Order dated February 23, 2009, after being informed that the parties work working on a settlement.  However, as the parties have failed to reach a settlement, the Court will need to place the present action back on the Court's trial schedule.

Accordingly, this Court orders the parties to confer with each other and present this Court with three prospective trial dates.  The parties have 21 days from the date of this Order to submit the  agreed upon dates.

**IT IS SO ORDERED.**

Signed this 18th day of March 2010.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE